CENTER FOR DISABILITY ACCESS
Raymond Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Francisco Duarte,**<br><br>          Plaintiff,<br><br>     v.<br><br>**Carlos Flores**; and Does 1-10,<br><br>          Defendants. | **Case No.** 2:18-CV-00484-JAK-PJW<br><br>**Plaintiff's Response to Order to Show Cause** |

<u>DECLARATION OF DENNIS PRICE</u>

1. I, the undersigned, am an attorney of record for the Plaintiff and admitted to practice law in all courts in the State of California including the district court in which this matter is being heard.

2. I have personal knowledge of the foregoing and if called to testify to them I could do so competently.

3. Report on Settlement Negotiations:

   a. The defendant in this matter is in pro per and are not English speaking. As a result, the parties have not been able to conduct meaningful settlement negotiations. Plaintiff's counsel has attempted to utilize a Spanish speaker in our office in order to

1

facilitate conversations with the Defendant with mixed results. As a result, the parties are not able to settle this matter informally.

4. The issues surrounding the discovery matters relating to the Motion for Summary Judgment in this matter have been handled by Sara Gunderson and are addressed separately in her included Exhibit 1.

5. Plaintiff apologizes for failing to file the required reports. This was not done intentionally. This file has been difficult to prosecute as even simple conversations such as giving telephonic notice to the parties as has been ordered by this Court multiple times has been difficult.

Dated: September 26, 2018                    CENTER FOR DISABILITY ACCESS



By: _/s/Dennis Price_
Dennis Price, Esq.
Attorney for Plaintiff