JS-6

FILED
CLERK, U.S. DISTRICT COURT

7/2/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Francisco Duarte**, | Case No. 2:18-cv-00484-JAK (PJWx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **Carlos Flores**; and Does 1-10, | |
| Defendants. | |

On May 28, 2020, the Court granted-in-part and denied-in-part Plaintiff's Motion for Summary Judgment. Therefore, Plaintiff is the prevailing party, and judgment is entered as follows:

Defendant Carlos Flores shall provide accessible parking marked and reserved for persons with disabilities in compliance with the 2010 Americans With Disabilities Act Standards for Accessible Design at the property located at or about 8217 Somerset Boulevard, Paramount, California, to the extent that such changes or modifications have not already been completed.

**IT IS SO ORDERED.**

Dated: July 2, 2020  _____
John A. Kronstadt
United States District Judge