# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO DUARTE,<br><br>        Plaintiff,<br><br>    v.<br><br>CARLOS FLORES and DOES 1-10, inclusive,<br><br>        Defendant. | No. 2:18-CV-00484-JAK (PJWx)<br><br>**AMENDED JUDGMENT** |

1

On May 28, 2020, the Court granted-in-part and denied-in-part Plaintiff's Motion for Summary Judgment. On July 11, 2024, the Court granted in part, subject to certain modifications, Plaintiff's Motion for an Award of Attorney's Fees against Defendant Carlos Flores. Therefore, Plaintiff is the prevailing party, and **JUDGMENT IS ENTERED** as follows:

1.      Defendant Carlos Flores shall provide accessible parking marked and reserved for persons with disabilities in compliance with the 2010 Americans with Disabilities Act Standards for Accessible Design at the property located at or about 8217 Somerset Boulevard, Paramount, California, to the extent that such changes or modification have not already been completed.

2.      Plaintiff Francisco Duarte is awarded $14,761.00 in attorneys' fees; and $1,125.00 in costs. The total judgment entered against Defendant Carlos Flores is $15,886.00.

**IT IS SO ORDERED.**

Dated:  July 19, 2024

_____

John A. Kronstadt

United States District Judge

2